IN RE GUARDIANSHIP OF TERRY G. GRIESS.
MINDY GRIESS, PERSONAL REPRESENTATIVE OF THE ESTATE OF
TERRY G. GRIESS, DECEASED, APPELLANT, V. DALE J. BLACK AND
WESTERN SURETY COMPANY, APPELLEES.

362 N.W.2d 65

Filed February 15, 1985.   No. 83-731.

Thomas A. Wagoner, for appellant.

Philip T. Morgan of Morgan & Morgan, for appellee Black.

KRIVOSHA, C.J., WHITE, and SHANAHAN, JJ., and MCCOWN, J., Retired, and BUCKLEY, D.J.

PER CURIAM.

This matter involves a conservator's accounting and distribution of funds to a protected person. On the claimant's appeal to the district court, the county court judgment was affirmed. See Neb. Rev. Stat. §§ 30-1601 (Cum. Supp. 1984) and 24-541.06 (Cum. Supp. 1982). Upon our review of the record made in the county court, we find no error. The judgment of the district court is affirmed.

AFFIRMED.